# United States District Court
# Central District of California
# Western Division

KEITH H. CANDEE, *etc*.,

    Plaintiff,

v.

GABRIELA AYOUB, *et al*.,

    Defendants.

CV 17-02399 TJH (KKx)

Order

JS-6

The Court has reviewed Defendants' notice of removal and determined that the Court lacks subject matter jurisdiction.

Accordingly,

It is Ordered, sua sponte, that this case be, and hereby is, Remanded.

Date: December 8, 2017

_____
Terry J. Hatter, Jr.
Senior United States District Judge